IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 9 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. **07- CV- 01425**

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

UNITED STATES OF AMERICA,

v.

CHARLES W. BUCKALOO #40837-115, also known as
CHARLES WAYNE BUCKALOO,

        Movant.

---

### ORDER TO COMMENCE CIVIL ACTION AND
### TO TRANSFER ACTION TO EASTERN DISTRICT OF OKLAHOMA

---

Movant Charles W. Buckaloo, also known as Charles Wayne Buckaloo, is a

prisoner in the custody of the United States Bureau of Prisons who currently is

incarcerated at the United States Penitentiary, Administrative Maximum, in Florence,

Colorado. Mr. Buckaloo has filed *pro se* a motion to vacate, set aside, or correct

sentence pursuant to 28 U.S.C. § 2255 (2006) challenging his sentence in the United

States District Court for the Eastern District of Oklahoma (Eastern District of

Oklahoma).

The Court has reviewed the motion to vacate pursuant to D.C.COLO.LCivR 8.2.

The clerk of the Court will be directed to commence a civil action. For the reasons

stated below, the action will be transferred to the Eastern District of Oklahoma.

Mr. Buckaloo is challenging the legality of his sentence. Therefore, the motion to

vacate should not have been brought in the district where he is incarcerated, the District

Dockets.Justia.com

of Colorado, but rather in the district where he was sentenced, the Eastern District of

Oklahoma. *See* 28 U.S.C. § 2255. The clerk of the Court will be directed to transfer

this action to the proper venue, the Eastern District of Oklahoma. Accordingly, it is

ORDERED that the clerk of the Court commence this action. It is

FURTHER ORDERED that the instant 28 U.S.C. § 2255 action is transferred to

the United States District Court for the Eastern District of Oklahoma. It is

FURTHER ORDERED that this civil action is closed.

DATED at Denver, Colorado, this _6_ day of _____ July _____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Charles Buckaloo
Reg. No. 40837-115
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on____7-9-07____

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk