IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-CV-01425**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 9  2007

GREGORY C. LANGHAM
CLERK

UNITED STATES OF AMERICA,

v.

CHARLES W. BUCKALOO #40837-115, also known as
CHARLES WAYNE BUCKALOO,

    Movant.

---

ORDER TO COMMENCE CIVIL ACTION AND
TO TRANSFER ACTION TO EASTERN DISTRICT OF OKLAHOMA

---

Movant Charles W. Buckaloo, also known as Charles Wayne Buckaloo, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Buckaloo has filed *pro se* a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (2006) challenging his sentence in the United States District Court for the Eastern District of Oklahoma (Eastern District of Oklahoma).

The Court has reviewed the motion to vacate pursuant to D.C.COLO.LCivR 8.2. The clerk of the Court will be directed to commence a civil action. For the reasons stated below, the action will be transferred to the Eastern District of Oklahoma.

Mr. Buckaloo is challenging the legality of his sentence. Therefore, the motion to vacate should not have been brought in the district where he is incarcerated, the District

of Colorado, but rather in the district where he was sentenced, the Eastern District of Oklahoma. *See* 28 U.S.C. § 2255. The clerk of the Court will be directed to transfer this action to the proper venue, the Eastern District of Oklahoma. Accordingly, it is

ORDERED that the clerk of the Court commence this action. It is

FURTHER ORDERED that the instant 28 U.S.C. § 2255 action is transferred to the United States District Court for the Eastern District of Oklahoma. It is

FURTHER ORDERED that this civil action is closed.

DATED at Denver, Colorado, this _6_ day of _____July_____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Charles Buckaloo
Reg. No. 40837-115
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___7-9-07___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk